United States District Court
for the
Southern District of Florida

| Jorge Sis, Petitioner, | ) | |
|---|---|---|
| v. | ) | |
| Jeff Sessions as Attorney General of the United States and others, Respondents. | ) ) ) ) | Civil Action No. 17-24424-Civ-Scola |

### Order Adopting Magistrate Judge's Report And Recommendation

This case was referred to United States Magistrate Judge Patrick A. White, consistent with Administrative Order 2003-19 of this Court, for a ruling on all pre-trial, nondispositive matters and for a report and recommendation on any dispositive matters. On January 29, 2018, Judge White issued a report, recommending that the Court deny the Petitioner Jorge Sis's petition for writ of habeas corpus under 28 U.S.C. §§ 2241. (Report of Magistrate, ECF No. 14.) Sis has not filed objections to the report and the time to do so has passed.

The Court has considered Judge White's report, the record, and the relevant legal authorities. The Court finds Judge White's report and recommendation cogent and compelling: because Sis has failed to show that his removal from the United States is not reasonably foreseeable in the near future, he is not entitled to relief at this time and his petition should be dismissed. That said, the dismissal is **without prejudice** to Sis's filing a new § 2241 should his circumstances change.

The Court thus **affirms and adopts** Judge White's report and recommendation (**ECF No. 14**). The Court denies Sis's federal habeas corpus petition (ECF No. 1). Finally, the Court directs the Clerk to close this case and deny any pending motions as moot.

**Done and ordered**, at Miami, Florida, on February 23, 2018.

_____
Robert N. Scola, Jr.
United States District Judge